Stephen Hasegawa (SBN 138990)
PHILLIPS & COHEN LLP
492 9th St., Suite 200
Oakland, CA 94607
Tel: (415) 836-9000
Fax: (415) 836-9001
shasegawa@phillipsandcohen.com

Samuel E. Brown (*pro hac vice*)
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue, 1st Floor
Washington, DC 20036
Tel: (202) 833-4567
Fax: (202) 833-1815
sbrown@phillipsandcohen.com

Attorneys for Plaintiff Qui Tam Relator Patrick Owens

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PATRICK OWENS,<br><br>Plaintiffs,<br><br>- against -<br><br>NORTHROP GRUMMAN CORPORATION,<br><br>Defendant. | Case No. 5:22-CV-06485-SVK<br><br>**~~[PROPOSED]~~ ORDER TO DISMISS ACTION WITHOUT PREJUDICE**<br><br>**FILED UNDER SEAL** |

**~~[PROPOSED]~~ ORDER**

UPON CONSIDERATION of *qui tam* Relator's "Notice of Voluntary Dismissal" and the files and records in this case, it is hereby ORDERED that:

This action is dismissed without prejudice.

Dated: September 16, 2026

HON. SUSAN VAN KEULEN
United States Magistrate Judge