BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KENNETH BRAKEBILL (CABN 196696)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-6748
kenneth.brakebill@usdoj.gov

JAMIE ANN YAVELBERG
MICHAL L. TINGLE
MEGAN ENGEL
Attorneys, Civil Division
United States Department of Justice

175 N Street, NE
Washington, D.C. 20002
Telephone: (202) 353-9749
megan.engel@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PATRICK OWENS,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHROP GRUMMAN CORPORATION,<br><br>Defendant. | Case No. 5:22-cv-06485-SVK<br><br>**THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL**<br><br>**FILED UNDER SEAL** |

On September 4, 2026, Relator Patrick Owens filed a Notice of Voluntary Dismissal Without Prejudice of this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without

prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

DATED: September 15, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kenneth Brakebill*
KENNETH BRAKEBILL
Assistant United States Attorney

*/s/ Megan Engel*
JAMIE ANN YAVELBERG
MICHAL L. TINGLE
MEGAN ENGEL
United States Department of Justice
Attorneys, Civil Division, Fraud Section

*Attorneys for the United States of America*

**ECF ATTESTATION**

*****In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

Case 5:22-cv-06485-SVK Document 33 Filed 09/24/26 Page 3 of 3 Page ID #: 186

**~~[PROPOSED]~~ ORDER**

The Relator Patrick Owens having filed a Notice of Voluntary Dismissal Without Prejudice of this action and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

This action is dismissed without prejudice as to Relator Patrick Owens and as to the United States.

IT IS SO ORDERED.

DATED: September 24, 2026

HON. SUSAN VAN KEULEN
United States Magistrate Judge